UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Robert and Leah Appello

Case No.: 19-33964
Chapter: 7
Judge: KCF

### NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson, U.S.B.J.__ on __March 31, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
3 Amy Court,
Brick, New Jersey
valued at $160,000.00

Liens on property:
Select Portfolio Servicing,
$150,747.00

Amount of equity claimed as exempt:  $50,300.00

Objections must be served on, and requests for additional information directed to:

Name:      Karen E. Bezner, Trustee   /s/  Karen E. Bezner
Address:   567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                   Case No. 19-33964-KCF
Robert A. Appello, II                                                    Chapter 7
Leah M. Appello
         Debtors              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2                  Date Rcvd: Feb 27, 2020
                              Form ID: pdf905            Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 29, 2020.
db/jdb         +Robert A. Appello, II,    Leah M. Appello,    3 Amy Court,    Brick, NJ 08724-1433
cr             +Sutton Village Association, Inc.,    Cutolo Barros LLC,    46-50 Throckmorton Street,
                 Freehold, NJ 07728-1973
518640404      +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
518640405      +Chase Card/Disney,    PO Box 15298,    Wilmington, DE 19850-5298
518640406      +Citibank/The Home Depot,    Citicorp Credit Services,    Attn: Centralized Bankruptcy,
                 PO Box 790040,    Saint Louis, MO 63179-0040
518640408      +Corinthian Doctors Group,    4865 40th Way South,    Lake Worth, FL 33461-5301
518640411      +Deighan Law,    79 West Monroe Street,    5th Floor,    Chicago, IL 60603-4901
518640415       Genesis House Recovery,    4865 40th Way South,    Lake Worth, FL 33461-5301
518640416      +Hayt, Hayt and Landau,    2 Industrial Way West,    Eatontown, NJ 07724-2279
518640419      +Medstar Laboratory,    10277 Windhorst Road,    Tampa, FL 33619-7820
518640423       NJSVS,   P.O. Box 1502,    Moorestown, NJ 08057-9704
518640421      +New Jersey Attorney General,    PO Box 112,    Trenton, NJ 08625-0112
518640422      +New Jersey Motor Vehicle Commission,    Administrative Unit,    225 East State Street,
                 Trenton, NJ 08666-0001
518640425      +PNC Bank, N.A.,    Bankruptcy Department,    PO Box 94982,    Mailstop BR-YB58-01-5,
                 Cleveland, OH 44101-4982
518640424      +Pinnacle Testing,    14000 South Military Trail,    Delray Beach, FL 33484-2610
518640426      +Radius Global Solutions,    PO Box 390846,    Minneapolis, MN 55439-0846
518640430      +United Clinical Laboratory,    2257 Vista Parkway, Suite 2,    West Palm Beach, FL 33411-2725
518640431      +Wells Fargo Bank,    Attn: Bankruptcy,    PO Box 94435,    Albuquerque, NM 87199-4435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 28 2020 00:19:17      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 28 2020 00:19:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518640402       E-mail/Text: legal@arsnational.com Feb 28 2020 00:18:55      ARS National Services, Inc.,
                 PO Box 469046,    Escondido, CA 92046-9046
518640403      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 28 2020 00:30:25     Capital One Bank,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
518640407       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 28 2020 00:19:06      Comenity Bank/Ulta,
                 PO Box 182125,    Columbus, OH 43218-2125
518640409      +E-mail/Text: kzoepfel@credit-control.com Feb 28 2020 00:19:18      Credit Control LLC,
                 5757 Phantom Drive,    Suite 330,    Hazelwood, MO 63042-2429
518640410       E-mail/PDF: creditonebknotifications@resurgent.com Feb 28 2020 00:30:33     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
518640412      +E-mail/Text: mrdiscen@discover.com Feb 28 2020 00:18:24      Discover Financial,
                 Attn: Bankruptcy Department,    PO Box 3025,    New Albany, OH 43054-3025
518640413      +E-mail/Text: nculp@firstffcu.com Feb 28 2020 00:20:04     First Financial FCU,    PO Box 1172,
                 Toms River, NJ 08754-1172
518640414      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Feb 28 2020 00:20:14     Genesis Backcard Services,
                 Attn: Bankruptcy Department,    PO Box 4477,    Beaverton, OR 97076-4401
518640417      +E-mail/Text: bncnotices@becket-lee.com Feb 28 2020 00:18:36      Kohl's/Capital One,
                 PO Box 3120,    Milwaukee, WI 53201-3120
518640418      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2020 00:31:36     LVNV Funding,
                 PO Box 10497,    Greenville, SC 29603-0497
518640420       E-mail/PDF: pa_dc_claims@navient.com Feb 28 2020 00:31:24     Navient,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
518640427      +E-mail/Text: jennifer.chacon@spservicing.com Feb 28 2020 00:20:13
                 Select Portfolio Servicing,    Attn: Bankruptcy,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
518643988      +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2020 00:30:21      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518640428       E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2020 00:31:14     Synchrony Bank/P.C. Richards,
                 Att'n: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
518640429       E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2020 00:31:14     Synchrony Bank/Paypal,
                 Att'n: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 17

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3           User: admin                Page 2 of 2                  Date Rcvd: Feb 27, 2020
                               Form ID: pdf905            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    CSMC 2017-RPL2 Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hubert C. Cutolo    on behalf of Creditor    Sutton Village Association, Inc.
               hcutolo@cutolobarros.com, ecourts@cutolobarros.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Thomas J Orr    on behalf of Debtor Robert A. Appello, II tom@torrlaw.com,
               xerna@aol.com;orrtr87054@notify.bestcase.com
              Thomas J Orr    on behalf of Joint Debtor Leah M. Appello tom@torrlaw.com,
               xerna@aol.com;orrtr87054@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```