Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–33964–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert A. Appello II
3 Amy Court
Brick, NJ 08724

Leah M. Appello
aka Leah M. Fairchild
3 Amy Court
Brick, NJ 08724

Social Security No.:
  xxx–xx–7968                          xxx–xx–5486

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Karen E. Bezner is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 17, 2020</u>                <u>Kathryn C. Ferguson</u>
                                      Judge, United States Bankruptcy Court